# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF APPLICATION FOR ADMISSION TO PRACTICE IN THIS COURT : : | JACKSON v. DIVERSIFIED HEALTH MARKETERS INC., et al.   4:25-cv-01970-MWB |

## PETITION

I, **Anthony Paronich**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 350 Lincoln Street, Suite 2400
Hingham, MA 02043

Office Telephone: (617) 485-0018

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Massachusetts (11/23/2010), Northern District of Illinois (7/11/2018), Eastern District of Michigan (5/2/2014), Western District of Wisconsin (10/9/2014)

My attorney Identification number is: 678437

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT  *s/ Matthew W. Brann*   Date: 10/22/2025
Matthew W. Brann
Chief United States District Judge