# UNITED STATES DISTRICT COURT

for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERARD JACKSON** <br><br> *Plaintiff* <br><br> v. <br><br> **DIVERSIFIED HEALTH MARKETERS INC., ET AL.** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No. <br> 4:25-CV-01970-MWB |

## AFFIDAVIT OF SERVICE

I, Emilie Heath, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to UNITEDHEALTHCARE SERVICES INC. in Dauphin County, PA on October 22, 2025 at 3:19 pm at 600 N 2nd St, Ste 401, Harrisburg, PA 17101-1071 by leaving the following documents with Makayla Gebhard who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for UNITEDHEALTHCARE SERVICES INC..

Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet

White Female, est. age 25-34, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.2632883333,-76.8883633333
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Dauphin County                              ,

    PA          on    10/22/2025            .

/s/ *Emilie Heath*

Signature
Emilie Heath
+1 (717) 678-2523

