# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERARD JACKSON** <br> *Plaintiff* <br> v. <br> **DIVERSIFIED HEALTH MARKETERS INC., ET AL.** <br> *Defendant* | Civil Action No. <br> 4:25-CV-01970-MWB |

## AFFIDAVIT OF SERVICE

I, Frank Benevento Jr., state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to DIVERSIFIED HEALTH MARKETERS INC. in Morris County, NJ on October 22, 2025 at 4:06 pm at 322 US Highway 46, Ste 260W, Parsippany, NJ 07054-2353 by leaving the following documents with Jeff Collins who as Manager is authorized by appointment or by law to receive service of process for DIVERSIFIED HEALTH MARKETERS INC..

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

White Male, est. age 65+, glasses: Y, Gray hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.8596562,-74.359432
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Morris County, NJ on 10/23/2025.

/s/ *Frank Benevento Jr.*
Signature
Frank Benevento Jr.
+1 (862) 812-1867



Exhibit 1a)