IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD JACKSON, individually and on behalf of a class of all persons and entities similarly situated**,**

      Plaintiff,

  v.

DIVERSIFIED HEALTH MARKETERS INC.,

and

UNITEDHEALTHCARE SERVICES INC.

      Defendants.

**CASE NO.** 4:25-cv-1970

## DEFENDANT DIVERSIFIED HEALTH MARKETERS INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, Defendant Diversified Health Marketers, Inc. ("Defendant") moves the Court for an extension of thirty days — through and including December 12, 2025 — to respond to Plaintiff's Class Action Complaint. In support, Defendant states as follows:

1. Defendant's current responsive pleading deadline is November 12, 2025. Dkt. No. 8 (served on October 22, 2025). That deadline has not yet passed.

2. Defendant has been diligently investigating the claims but requires more time to respond given the undersigned counsel's recent involvement and preexisting professional commitments.

3. This is the first request to extend Defendant's deadline to respond.

4. Defendant's counsel has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose this motion. Accordingly, the extension will not prejudice Plaintiff.

5. Defendant understands that co-Defendant Unitedhealthcare Services Inc. also will seek a 30-day extension. Accordingly, the extension will not prejudice any party to this litigation.

6. This request is made for good cause and not for the purpose of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

7. A proposed Order is filed with this motion.

Defendant therefore respectfully requests that the Court grant this motion and allow it until December 12, 2025, to answer, move, or otherwise respond to the Complaint.

Dated: November 9, 2025              Respectfully submitted,

*/s/ Matthew A. Lipman*
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein*
GA 266019
ryan@wtlaw.com
Keith Emanuel*
GA 938760

2

kemanuel@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695
Fax: (404) 537-1650
*Pro hac vice forthcoming

*Counsel for Diversified Health Marketer Inc.*

**LOCAL RULE 7.1 CONFERENCE**

Pursuant to Local Rule 7.1, counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via email on November 6, 2025 regarding this motion. Plaintiff's counsel advised that Plaintiff does not oppose the requested relief.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Matthew A. Lipman*
Matthew A. Lipman, Esquire
*Counsel for Defendant*


**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew A. Lipman*
Matthew A. Lipman, Esquire
*Counsel for Defendant*