IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD JACKSON, individually and on behalf of a class of all persons and entities similarly situated**,**

      Plaintiff,

  v.

DIVERSIFIED HEALTH MARKETERS INC.,

and

UNITEDHEALTHCARE SERVICES INC.

      Defendants.

**CASE NO.** 4:25-cv-1970

## ORDER

**AND NOW**, this \_\_\_\_ day of _____, 2025, upon consideration of Defendant Diversified Health Marketers Inc.'s Uncontested Motion for an Extension of Time to Respond to the Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have until **December 12, 2025**, to respond to the Complaint.

                                              BY THE COURT:

                                              **MATTHEW W. BRANN, U.S.D.J.**