IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLANIA

| | | |
|---|---|---|
| GERARD JACKSON, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | |
| Plaintiff | : : | Civil Action No. 4:25-CV-1970 |
| v. | : : | |
| DIVERSIFIED HEALTH MARKETERS INC., and UNITEDHEALTHCARE SERVICES, INC., | : : : : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Defendant, United Healthcare Services, Inc.

                                            POST & SCHELL, P.C.

                                            */s/ Erin R. Kawa*
                                            Erin R. Kawa (ID # 308302)
                                            17 North Second Street, 12th Floor
                                            Harrisburg, PA  17101-1601
                                            Phone:  717-612-6057
                                            Fax:     717-731-1985
Date:  November 12, 2025              E-mail:  ekawa@postschell.com
                                            *Attorneys for Defendant*
                                            *United Healthcare Services, Inc.*

## **CERTIFICATE OF SERVICE**

I, Erin R. Kawa, Esquire, hereby certify that I am causing to be served a true and correct copy of the foregoing document via CM/ECF filing upon the following:

Jeffrey M. Bower Esquire
Bower Law Associates, PLLC
403 South Allen Street
Suite 210
State College, PA  16801

and

Anthony I. Paronich Esquire
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA  02043

*Counsel for Plaintiff, Gerard Jackson*

Matthew A. Lipman Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
One Penn Center at Suburban Station
1617 JFK Blvd., Suite 1500
Philadelphia, PA 19103-1815

*Counsel for Defendant, Diversified Health Marketers, Inc.*

/s/ Erin R. Kawa
Erin R. Kawa

Date:  November 12, 2025