# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| _____ | ) |
| _____ | ) |
| _____ | ) |
| _____ | ) |
| _____, | ) |
| **Plaintiff(s),** | ) |
| v. | ) |
| _____ | )   **Civil Action No.** _____ |
| _____ | ) |
| _____ | ) |
| _____, | ) |
| **Defendant(s)/** | ) |
| **Third-Party Plaintiff(s),** | ) |
| v. | ) |
| _____ | ) |
| _____ | ) |
| _____ | ) |
| _____, | ) |
| **Third-Party Defendant(s).** | ) |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,
(type of party)
who is _____, makes the following disclosure:
(name of party)

☐ YES       ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

_____

_____

_____

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

_____
_____
_____
_____

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: _____

## **CERTIFICATE OF SERVICE**

I, Erin R. Kawa, Esquire, hereby certify that I am causing to be served a true and correct copy of the foregoing document via CM/ECF filing upon the following:

Jeffrey M. Bower Esquire
Bower Law Associates, PLLC
403 South Allen Street
Suite 210
State College, PA  16801

Anthony I. Paronich Esquire
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA  02043

*Counsel for Plaintiff, Gerard Jackson*


Matthew A. Lipman Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
One Penn Center at Suburban Station
1617 JFK Blvd., Suite 1500
Philadelphia, PA 19103-1815

*Counsel for Defendant, Diversified Health Marketers, Inc.*

/s/ Erin R. Kawa
Erin R. Kawa

Date:  November 12, 2025