# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, on behalf of himself and others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DIVERSIFIED HEALTH MARKETERS INC. *and* UNITEDHEALTHCARE SERVICES INC.,<br><br>*Defendants.* | Case No.: 4:25-cv-01970-MWB |

### DEFENDANT UNITEDHEALTHCARE SERVICES, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant United Healthcare Services Inc. ("UHCS") files this Unopposed Motion for Enlargement of Time to Respond to Plaintiff Gerard Jackson's Complaint, and in support thereof state as follows:

1. On or about October 20, 2025, Plaintiff filed his Complaint in this action. (Doc. 1).

2. Plaintiff served a copy of the Summons and Complaint upon UHCS on October 22, 2025. (Doc. 7).

3. Accordingly, pursuant to Fed. R. Civ. P. 12(a)(1)(A), UHCS's deadline to respond to the Complaint is November 12, 2025.

4. UHCS and its counsel require additional time to investigate Plaintiff's allegations and applicable defenses and to prepare the response to the Complaint. Counsel was only recently retained for this matter and additional time is also required because of other pressing deadlines and obligations in other matters.

5. UHCS therefore respectfully requests an extension of thirty (30) days to file its response to the Complaint, extending the deadline to respond to December 12, 2025.

6. Federal Rule of Civil Procedure 6(b) allows this Court discretion to enlarge periods of time for good cause where, as here, the requested extension is made before the deadline. UHCS respectfully submit that, for the reasons set forth above, good cause exists for the requested extension, which is not opposed by Plaintiff.

7. Counsel for UHCS conferred with counsel for Plaintiff via e-mail, who consented to the requested extension of time.

8. The requested extension is not sought for dilatory reasons or for any other improper purpose, will not prejudice any party or the Court, and no prior extension has been sought by UHCS.

Wherefore, Defendant United Healthcare Services Inc. respectfully requests that this Motion be granted and that its deadline to respond to Plaintiff's Complaint be extended up to and including December 12, 2025.

Dated:  November 12, 2025			Respectfully submitted,

/s/ Erin R. Kawa
Erin R. Kawa (Bar No. 308302)
Post & Schell P.C.
17 North Second Street, 12th Floor
Harrisburg, PA 17101-1601
Tel: (717) 612-6057
Fax: (717) 720-5365
ekawa@postschell.com

Jeffrey A. Backman
(*pro hac vice* application forthcoming)
Roy Taub
(*pro hac vice application* forthcoming)
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33316
Tel: (954) 491-1120
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorney for Defendant*
*United Healthcare Services Inc.*

## **LOCAL RULE 7.1 CONFERENCE CERTIFICATION**

Pursuant to Local Rule 7.1, undersigned counsel for UHCS certifies that Roy Taub, counsel for UHCS, conferred with Anthony Paronich, counsel for Plaintiff, via email on November 6, 2025 regarding this motion.  Plaintiff's counsel advised that Plaintiff does not oppose the requested relief.

Dated:  November 12, 2025

*/s/ Erin R. Kawa*
Erin R. Kawa (Bar No. 308302)
Post & Schell P.C.
17 North Second Street, 12th Floor
Harrisburg, PA 17101-1601
Tel: (717) 612-6057
Fax: (717) 720-5365
ekawa@postschell.com

Jeffrey A. Backman
(*pro hac vice* application forthcoming)
Roy Taub
(*pro hac vice application* forthcoming)
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33316
Tel: (954) 491-1120
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorney for Defendant*
*United Healthcare Services Inc.*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via filing on CM/ECF on November 12, 2025.

>Jeffrey M. Bower Esquire
>Bower Law Associates, PLLC
>403 South Allen Street
>Suite 210
>State College, PA  16801
>
>and
>
>Anthony I. Paronich Esquire
>Paronich Law, P.C.
>350 Lincoln Street
>Suite 2400
>Hingham, MA  02043
>
>*Counsel for Plaintiff, Gerard Jackson*
>
>
>Matthew A. Lipman Esquire
>McElroy, Deutsch, Mulvaney & Carpenter, LLP
>One Penn Center at Suburban Station
>1617 JFK Blvd., Suite 1500
>Philadelphia, PA 19103-1815
>
>*Counsel for Defendant, Diversified Health Marketers, Inc.*

/s/ Erin R. Kawa
Erin R. Kawa

Date:  November 12, 2025