UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

PETITION

I, **Roy Taub**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **Greenspoon Marder LLP**
**200 E. Broward Blvd., Suite 1800**
**Ft. Lauderdale, FL 33301**

Office Telephone: **(954)491-1120**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

**See Exhibit A**

My attorney Identification number is: **116263**

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  *s/Matthew W. Brann*    Date: 11/13/2025
Matthew W. Brann
Chief United States District Judge

Updated: 3/24/2025