UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, on behalf of himself and others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DIVERSIFIED HEALTH MARKETERS INC. *and* UNITEDHEALTHCARE SERVICES INC.,<br><br>*Defendants.* | Case No.: 4:25-cv-01970-MWB |

## ORDER

**AND NOW**, this 17th day of November 2025, upon consideration of Defendant United Healthcare Services, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Complaint, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Defendant United Healthcare Services, Inc. shall have until **December 12, 2025**, to respond to the Complaint.

**BY THE COURT:**

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge