UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

### PETITION

I, __Ryan D. Watstein__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: Watstein Terepka, LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309

Office Telephone: 404-782-0695

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Attachment A attached hereto.

My attorney Identification number is: Georgia Bar No. 266019

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  _s/Matthew W. Brann_   Date: 11/21/2025
Matthew W. Brann
Chief United States District Judge

Updated: 3/24/2025