**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR          :
ADMISSION TO PRACTICE IN THIS COURT    :


## PETITION

I, __E. Keith Emanuel_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address:    Watstein Terepka, LLP

75 14th Street NE, Suite 2600

Atlanta, Georgia 30309

Office Telephone:    404-905-2416

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Attachment A attached hereto.

My attorney Identification number is: __Georgia Bar No. 938760__

| FOR COURT USE ONLY |  |
| --- | --- |
| _____GENERAL ADMISSION: | |
| GRANTED BY THE COURT: _____ | Date: _____ |
| __X__SPECIAL ADMISSION: | |
| GRANTED BY THE COURT *s/Matthew W. Brann* | Date: 11/21/2025 |
| Matthew W. Brann | |
| Chief United States District Judge | |

Updated: 3/24/2025