UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, on behalf of himself and others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DIVERSIFIED HEALTH MARKETERS INC. *and* UNITEDHEALTHCARE SERVICES INC.,<br><br>*Defendants.* | Case No.: 4:25-cv-01970-MWB |

### DEFENDANT UNITEDHEALTHCARE SERVICES, INC.'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant United Healthcare Services Inc. ("UHCS") files this Second Unopposed Motion for Enlargement of Time to Respond to Plaintiff Gerard Jackson's Complaint, and in support thereof state as follows:

1.  On October 20, 2025, Plaintiff filed his Complaint in this action. *See* Dkt. No. 1.

2.  On November 12, 2025, UHCS filed an Unopposed Motion for Enlargement of Time to Respond to Complaint, which this Court granted on November 17, 2025, extending UHCS's deadline to respond to the Complaint to December 12, 2025. *See* Dkt. Nos. 13 & 16.

3. UHCS and its counsel continue to require additional time to investigate Plaintiff's allegations and applicable defenses and to prepare the response to the Complaint. Investigating information regarding Plaintiff and his allegations implicates more data sources and has required more time than originally anticipated. Additional time is also required because of other pressing deadlines and obligations in other matters.

4. UHCS therefore respectfully requests an extension of thirty (30) days to file its response to the Complaint, extending the deadline to respond to January 12, 2025.

5. Federal Rule of Civil Procedure 6(b) allows this Court discretion to enlarge periods of time for good cause where, as here, the requested extension is made before the deadline. UHCS respectfully submit that, for the reasons set forth above, good cause exists for the requested extension, which is not opposed by Plaintiff.

6. The parties conferred regarding the requested relief and counsel for Plaintiff advised via e-mail advised that Plaintiff does not oppose the relief requested by UHCS in this Motion.

7. The requested extension is not sought for dilatory reasons or for any other improper purpose and will not prejudice any party or the Court. As noted,

UHCS previously sought and obtained one thirty-day enlargement of time to respond to the Complaint.

Wherefore, Defendant United Healthcare Services Inc. respectfully requests that this Motion be granted and that its deadline to respond to Plaintiff's Complaint be extended up to and including January 12, 2025.

Dated:  December 9, 2025                    Respectfully submitted,

*/s/ Roy Taub*
Roy Taub (*pro hac vice*)
Jeffrey A. Backman
(*pro hac vice* application forthcoming)
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33316
Tel: (954) 491-1120
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

Erin R. Kawa (Bar No. 308302)
Post & Schell P.C.
17 North Second Street, 12th Floor
Harrisburg, PA 17101-1601
Tel: (717) 612-6057
Fax: (717) 720-5365
ekawa@postschell.com

*Attorney for Defendant*
*United Healthcare Services Inc.*

## **LOCAL RULE 7.1 CONFERENCE CERTIFICATION**

Pursuant to Local Rule 7.1, on December 8, 2025, Anthony Paronich, counsel for Plaintiff, advised that Plaintiff does not oppose the requested relief in this motion.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via filing on CM/ECF on December 9, 2025.

*/s/ Roy Taub*
Roy Taub

4