## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, on behalf of himself and others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DIVERSIFIED HEALTH MARKETERS INC. *and* UNITEDHEALTHCARE SERVICES INC.,<br><br>*Defendants.* | Case No.: 4:25-cv-01970-MWB |

## ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of Defendant United Healthcare Services, Inc.'s Second Unopposed Motion for Enlargement of Time to Respond to Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant United Healthcare Services, Inc.shall have until **January 12, 2025**, to respond to the Complaint.

**BY THE COURT:**

_____
**MATTHEW W. BRANN, U.S.D.J.**