IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD JACKSON, individually and on
behalf of a class of all persons and entities
similarly situated**,**

      Plaintiff,

  v.

DIVERSIFIED HEALTH MARKETERS
INC.,

and

UNITEDHEALTHCARE SERVICES INC.

      Defendants.

**CASE NO.** 4:25-cv-1970

### DEFENDANT DIVERSIFIED HEALTH MARKETERS INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, Defendant Diversified Health Marketers, Inc. ("Diversified") moves the Court for an extension of thirty days—through and including January 12, 2026—to respond to Plaintiff's Class Action Complaint. In support, Defendant states as follows:

1. Plaintiff filed the Complaint on October 20, 2025. ECF No. 1.

2. The Court granted an initial extension of time for Diversified to respond to the Complaint, through December 12, 2025. ECF No. 16.

3. Diversified and its counsel have been diligent in assessing the allegations, evaluating available defenses, and investigating the facts related to the claims and defenses. That investigation is taking longer than usual, and additional

time would allow Diversified to complete or substantially complete its investigation before filing its responsive pleading.

4. Additionally, another extension will help accommodate overlapping litigation demands that have arisen during the winter holiday period, when several members of the defense team, as well as witnesses, are out of the office.

5. This is Defendant's second request for an extension. The Court has not yet entered a scheduling order in the case, and the requested extension will not impact these proceedings.

6. Diversified has conferred with Plaintiff's counsel via email regarding the relief requested herein. Plaintiff's counsel relayed that Plaintiff has no objection to this extension request, so it will not prejudice Plaintiff.

7. Diversified has conferred with counsel for co-Defendant Unitedhealthcare Services Inc., who advised that Unitedhealthcare consents to the relief Diversified seeks. Counsel for UnitedHealthCare also advised that UnitedHealthcare will also seek a 30-day extension, also through January 12, 2026. Accordingly, the extension will not prejudice UnitedHealthCare, who consents in full.

8. This request is made for good cause and not for the purpose of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

9. A proposed Order is filed with this motion.

10. This motion comes in advance of Diversified's current December 12 deadline.

Defendant therefore respectfully requests that the Court grant this motion and allow it until <u>January 12, 2026</u>, to answer, move, or otherwise respond to the Complaint.

Dated: December 10, 2025          Respectfully submitted,

<u>/s/ E. Keith Emanuel</u>
**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein (admitted *pro hac vice*)
GA 266019
ryan@wtlaw.com
Keith Emanuel (admitted *pro hac vice*)
GA 938760
kemanuel@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695
Fax: (404) 537-1650

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

*Counsel for Diversified Health Marketer Inc.*

## LOCAL RULE 7.1 CONFERENCE

Pursuant to Local Rule 7.1, counsel for Diversified certifies that Diversified conferred with Plaintiff's counsel via email on December 8, 2025, regarding this motion. Plaintiff's counsel advised that Plaintiff does not oppose the requested relief. Counsel for Diversified further certifies that Diversified conferred with co-Defendant's counsel via video call on December 5, 2025 and via emails in the following days. Co-Defendant's counsel advised that Co-Defendant consents to Diversified's requested relief.

**WATSTEIN TEREPKA, LLP**

*/s/ E. Keith Emanuel*
E. Keith Emanuel

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ E. Keith Emanuel*
E. Keith Emanuel

*Counsel for Defendant*