IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD JACKSON, individually and on behalf of a class of all persons and entities similarly situated, <br><br>   Plaintiff, <br>   v. <br><br> DIVERSIFIED HEALTH MARKETERS INC., <br><br> and <br><br> UNITEDHEALTHCARE SERVICES INC. <br><br>   Defendants. | **CASE NO.** 4:25-cv-1970 |

## ORDER

**AND NOW**, this ____ day of _____ 2025, upon consideration of Defendant Diversified Health Marketers Inc.'s Second Unopposed Motion for an Extension of Time to Respond to the Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant Diversified Health Marketers Inc. shall have until and including **January 12, 2026**, to respond to the Complaint.

BY THE COURT:

_____
**HON. MATTHEW W. BRANN**