IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD JACKSON, individually and on behalf of a class of all persons and entities similarly situated**,**

       Plaintiff,

   v.

DIVERSIFIED HEALTH MARKETERS INC.,

and

UNITEDHEALTHCARE SERVICES INC.

       Defendants.

**CASE NO.** 4:25-cv-1970

## ORDER

**AND NOW**, this 12th day of December 2025, upon consideration of Defendant Diversified Health Marketers Inc.'s Second Unopposed Motion for an Extension of Time to Respond to the Complaint, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Defendant Diversified Health Marketers Inc. shall have until and including **January 12, 2026**, to respond to the Complaint.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge