## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD JACKSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>          **Plaintiff(s),**<br><br>    v.<br><br>DIVERSIFIED HEALTH MARKETERS INC., and UNITEDHEALTHCARE SERVICES INC.,<br><br>          **Defendant(s)/**<br>          **Third-Party Plaintiff(s),**<br><br>    v.<br><br><br><br>          **Third-Party Defendant(s).** | Civil Action No. 4:25-cv-1970 |

### DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ,
(type of party)
who is properly DHM Services Solutions, LLC , makes the following disclosure:
(name of party)

Page 1 of  2

1. Is the party a non-governmental corporate party?

   ☑ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   There is no such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ E. Keith Emanuel
Signature of Counsel for Party

Date: January 12, 2026