UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT    :

**PETITION**

I, __Jeffrey Aaron Backman__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: __Greenspoon Marder LLP__
__200 E. Broward Blvd., Suite 1800__
__Ft. Lauderdale, FL 33301__

Office Telephone: __(954)491-1120__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__See Exhibit A__

My attorney Identification number is: __662501__

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____     Date: _____

Updated: 3/24/2025

Please Complete the Following:

      All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

      All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None

      Any disciplinary actions, contempt proceedings, criminal charges, or other proceedings in which I am a named party, pending before any court, board, or tribunal: (State the facts and circumstances connected with each; if none, state "none".)

None

I am seeking:

☐ General Admission under Local Rule LR 83.8.1

☑ Special Admission (specify by placing a checkmark in the appropriate rule below)

LR 83.8.2.1 ☑, LR 83.8.2.2 ☐, LR 83.8.2.3 ☐, or LR 83.8.2.4 ☐

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

See attached response.
See attached response.

NAME THE PARTY YOU REPRESENT:
United Healthcare Services, Inc.

If special admission is requested for a particular case, please list case number and caption:

Case # 4:25-cv-01970

Caption # Gerard Jackson v. Diversified Health Markters, Inc. and United Healthcare Services, Inc.

Updated: 3/24/2025

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1 shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9)
If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Erin R. Kawa, Post & Schell, PC, 17 North Second Street, Harrisburg, PA 17101
(717)612-6057; Bar No. 308302

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

SIGNATURE OF PETITIONER

Bar No. 662501; Florida
(Bar Identification Number and State where admitted)
January 15, 2026
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

SIGNATURE OF PETITIONER

Updated: 3/24/2025

<u>Exhibit A to Petition for Admission of Jeffrey Aaron Backman</u>

**JEFFREY A. BACKMAN**
**ADMISSIONS TO COURTS***

| **COURT** | **ADMISSION DATE** |
|---|---|
| Florida Bar (Bar #662501) | 09.29.2003 |
|  |  |
| U.S. District Court, Northern District of Florida | 02.03.2004 |
| U.S. District Court, Southern District of Florida | 04.09.2004 |
| U.S. District Court, Middle District of Florida | 04.19.2005 |
| U.S. District Court, Eastern District of Michigan | 01.23.2008 |
| U.S. District Court, Western District of Michigan | 10.22.2013 |
| U.S. District Court, Western District of Texas | 03.29.2023 |
|  |  |
| U.S. Court of Appeals, Eleventh Circuit | 05.21.2007 |
| U.S. Court of Appeals, First Circuit | 07.14.2009 |
| U.S. Court of Appeals, Second Circuit | 04.25.2013 |
| U.S. Court of Appeals, District of Columbia Circuit (Bar#54865) | 06.17.2013 |
| U.S. Court of Appeals, Seventh Circuit | 11.13.2020 |
| U.S. Bankruptcy Court, Southern District of Florida | 2010 |

*Status is active on all admissions.

**If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:**

Response:   I am admitted to practice and am a member in good standing of the Bars in several United States District Courts, the highest Courts of the States of Florida and not subject to any pending disciplinary proceedings.



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )        In Re:  0662501
                                   Jeffrey Aaron Backman
                                   Greenspoon Marder LLP
                                   200 E Broward Blvd Ste 1500
                                   Fort Lauderdale, FL 33301-1874

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 29, 2003**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  13th  day of **January, 2026**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-389383



# Supreme Court of Florida
## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**JEFFREY AARON BACKMAN**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **SEPTEMBER 29, 2003,** *is presently in good standing, and that the private and professional character of the attorney appears to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JANUARY 14, 2026.*

_____
Clerk of the Supreme Court of Florida

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are lifelines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

_____
Signature of Petitioner

Updated: 3/24/2025