# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT    :

### PETITION

I, __Jeffrey Aaron Backman__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: __Greenspoon Marder LLP__
__200 E. Broward Blvd., Suite 1800__
__Ft. Lauderdale, FL 33301__

Office Telephone: __(954)491-1120__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__See Exhibit A__

My attorney Identification number is: __662501__

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  __s/Matthew W. Brann__    Date: __1/16/2026__
Matthew W. Brann
Chief United States District Judge

---

Updated: 3/24/2025