IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD JACKSON, individually and on behalf of a class of all persons and entities similarly situated,

       Plaintiff,

  v.

DIVERSIFIED HEALTH MARKETERS INC.,

and

UNITEDHEALTHCARE SERVICES INC.

       Defendants.

CASE NO. 4:25-cv-1970

## JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT REPORT

Under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, the Parties jointly move the Court for an extension of time of seven days—through and including February 25, 2026—to file the joint report. In support, the Parties state as follows:

1. The Parties have actively been engaged in negotiating resolution of all claims without Court intervention.

2. The Parties expect that the result of such negotiations is that it will become unnecessary for them to file a joint report at all.

3. This request is made for good cause and not for the purpose of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

4. A proposed Order is filed with this motion.

The Parties therefore respectfully request that the Court grant this motion and allow them until <u>February 25, 2026</u>, to file the joint report

Dated: February 18, 2026                Respectfully submitted,

BOWER LAW ASSOCIATES, PLLC
*/s/ Anthony Paronich*
Jeffrey M. Bower, Esq.
Attorney for Plaintiff
403 South Allen Street, Suite 210
State College, PA 16801
(814) 234-2626 Telephone
(814) 237-8700 Facsimile
jbower@bower-law.com
PA 18266

PARONICH LAW, P.C.
Anthony I. Paronich (*pro hac vice*)
350 Lincoln St., Suite 2400 Hingham, MA
02043 617-485-0018 anthony@paronichlaw.com

*/s/ E. Keith Emanuel*
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein (admitted *pro hac vice*)
GA 266019
ryan@wtlaw.com
Keith Emanuel (admitted *pro hac vice*)
GA 938760
kemanuel@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 782-0695
Fax: (404) 537-1650

*Counsel for Diversified Health Marketer Inc.*

/s/ Roy Taub
Roy Taub (*pro hac vice*)
Jeffrey A. Backman (*pro hac vice*)
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33316
Tel: (954) 491-1120
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com
Erin R. Kawa (Bar No. 308302)
Post & Schell P.C.
17 North Second Street, 12th Floor
Harrisburg, PA 17101-1601
Tel: (717) 612-6057
Fax: (717) 720-5365
ekawa@postschell.com

*Attorneys for Defendant*
*United Healthcare Services Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

/s/