## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD JACKSON, individually and on
behalf of a class of all persons and entities
similarly situated**,**

         Plaintiff,                  **CASE NO.** 4:25-cv-1970

   v.

DIVERSIFIED HEALTH MARKETERS
INC.,

and

UNITEDHEALTHCARE SERVICES INC.

         Defendants.

### ORDER

    **AND NOW**, this ____ day of _____ 2026, upon consideration of

the Parties' Joint Motion for an Extension of Time to File Joint Report, it is hereby

**ORDERED** that the Motion is **GRANTED**. The Parties shall have until and

including **February 25, 2026**, to file the joint report.


                  **BY THE COURT:**


                _____
                **HON. MATTHEW W. BRANN**