IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD JACKSON, individually and on behalf of a class of all persons and entities similarly situated**,**

    Plaintiff,

  v.

DIVERSIFIED HEALTH MARKETERS INC.,

and

UNITEDHEALTHCARE SERVICES INC.

    Defendants.

**CASE NO.** 4:25-cv-1970

## ORDER

**AND NOW**, this 19th day of February 2026, upon consideration of the Parties' Joint Motion for an Extension of Time to File Joint Report, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Parties shall have until and including **February 23, 2026**, to file the joint report.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge