# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD JACKSON, individually and on behalf of a class of all persons and entities similarly situated**,**

       Plaintiff,

v.

DIVERSIFIED HEALTH MARKETERS INC.,

and

UNITEDHEALTHCARE SERVICES INC.

       Defendants.

**CASE NO.** 4:25-cv-1970

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: February 23, 2026    PLAINTIFF,

                        */s/ Anthony I. Paronich*
                        Anthony I. Paronich
                        Paronich Law, P.C.
                        350 Lincoln Street, Suite 2400

2

Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com