## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD JACKSON, individually and on behalf of a class of all persons and entities similarly situated**,**

        Plaintiff,

     v.

DIVERSIFIED HEALTH MARKETERS INC.,

and

UNITEDHEALTHCARE SERVICES INC.

        Defendants.

**CASE NO.** 4:25-cv-1970

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Plaintiff's claims against Defendants are dismissed with prejudice in their entirety. The claims of the putative class are dismissed without prejudice. This Stipulation resolves the entire case.

Dated: May 19, 2026

Respectfully submitted,

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/   Keith Emanuel*
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Tel.: 215-557-2900
Fax: (215) 557-2990

**BOWER LAW ASSOCIATES, PLLC**

*/s/ Anthony Paronich*
Jeffrey M. Bower, PA 18266
jbower@bower-law.com
403 South Allen Street, Suite 210
State College, Pennsylvania 16801
Tel.: (814) 234-2626
Fax.: (814) 237-8700

1

**WATSTEIN TEREPKA, LLP**
Ryan D. Watstein, GA 266019
(admitted *pro hac vice*)
ryan@wtlaw.com
Keith Emanuel, GA 938760
(admitted *pro hac vice*)
kemanuel@wtlaw.com
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Tel.: (404) 782-0695
Fax: (404) 537-1650

*Counsel for Diversified Health
Marketer Inc.*

**GREENSPOON MARDER LLP**

/s/ *Roy Taub*
Roy Taub (*pro hac vice*)
Jeffrey A. Backman (*pro hac vice*)
jeffrey.backman@gmlaw.com
rene.vazquez@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, Florida 33316
Tel: (954) 491-1120

**POST & SCHELL P.C.**

Erin R. Kawa, PA 308302
ekawa@postschell.com
17 North Second Street, 12th Floor
Harrisburg, Pennsylvania 17101
Tel: (717) 612-6057
Fax: (717) 720-5365

*Attorneys for Defendant
United Healthcare Services Inc.*

**PARONICH LAW, P.C.**

Anthony I. Paronich (*pro hac vice*)
anthony@paronichlaw.com
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Tel.: 617-485-0018

*Attorneys for Plaintiff*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May \_\_\_, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/CEF system, which will send a notice of electronic filing to all counsel of record.

/s/ _____